Charles Deng Acupuncture, P.C. v American Ind. Ins. Co. (2022 NY Slip Op
50563(U))

[*1]

Charles Deng Acupuncture, P.C. v American Ind. Ins. Co.

2022 NY Slip Op 50563(U) [75 Misc 3d 136(A)]

Decided on June 3, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 3, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT, DONNA-MARIE E.
GOLIA, JJ

2019-1537 K C

Charles Deng Acupuncture, P.C., as
Assignee of Destin, Woldine, Respondent,
againstAmerican Independent Ins. Co., Appellant.

Freiberg, Peck & Kang, LLP (Yilo J. Kang of counsel), for appellant.
The Rybak Firm, PLLC (Oleg Rybak of counsel), for respondent (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Kings County (Harriet L.
Thompson, J.), entered November 20, 2018. The order, insofar as appealed from, denied
defendant's motion to dismiss the complaint.

ORDERED that the order, insofar as appealed from, is reversed, with $30 costs, and
defendant's motion to dismiss the complaint is granted.
In this action by a provider to recover assigned first-party no-fault benefits, the affidavit of
service alleges that the summons and complaint were served by mail pursuant to CPLR 312-a.
However, plaintiff's papers do not contain an acknowledgment of service. Defendant moved to
dismiss the complaint on the ground, among others, that plaintiff had failed to obtain personal
jurisdiction over it. Plaintiff cross-moved for summary judgment. Defendant appeals from so
much of the order of the Civil Court as denied defendant's motion seeking dismissal of the
complaint.
For the reasons stated in Longevity
Med. Supply, Inc. v American Ind. Ins. Co. (69 Misc 3d 127[A], 2020 NY Slip Op
51118[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2020]), the order, insofar as
appealed from, is reversed, and defendant's motion to dismiss the complaint is granted.
ALIOTTA, P.J., TOUSSAINT and GOLIA, JJ., concur.
ENTER:Paul KennyChief ClerkDecision Date: June 3, 2022